NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROGER NIELSEN, SR, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| CITY OF LOS ANGELES and DOES 1-10, inclusive, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiffs__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Roger Nielsen Sr. | 1. Plaintiff |
| 2. Beth Nielsen | 2. Plaintiff |
| 3. R.B.N. | 3. Plaintiff |
| 4. R.J.N. | 4. Plaintiff |
| 5. City of Los Angeles | 5. Defendant |
| 6. Does 1-10, inclusive | 6. Defendant |

December 30, 2025            s/ Dale K. Galipo
Date                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs