**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*,
Roger Nielsen, Sr., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. <br><br> *Assigned to*: <br> District Judge <br> Magistrate Judge <br><br> **DECLARATION OF BETH NIELSEN AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED** <br><br> [Pursuant to C.C.P. § 377.32] |

## <u>DECLARATION OF BETH NIELSEN AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED</u>

Pursuant to California Code of Civil Procedure § 377.32, I, Beth Nielsen do hereby declare as follows:

1. My name is Beth Nielsen. I am a competent adult over the age of eighteen and the step-mother of Roger Nielsen, Jr.., deceased.

---

DECLARATION OF BETH NIELSEN AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Roger Nielsen, Jr. ("Decedent").

4. Decedent is my step-son.

5. Decedent passed away on September 16, 2025 in Los Angeles, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the step-mother of Decedent.

8. No other person, with the exception of my co-plaintiffs, has a superior right to commence this action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Beth Nielsen, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___10/22/2025___, 2025 in ___Torrance___, California.

Signed by:
*BETH NELSEN*
Beth Nielsen

DECLARATION OF BETH NIELSEN AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED