# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052025208655
**LOCAL REGISTRATION NUMBER:** 3202519045559

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | ROGER |
| 2. MIDDLE | JOHN |
| 3. LAST (Family) | NIELSEN, JR |
| 4. DATE OF BIRTH | 10/01/1990 |
| 5. AGE | 34 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 09/16/2025 |
| 8. HOUR (24 Hours) | 0648 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | NATIVE AMERICAN |
| 17. USUAL OCCUPATION | WAREHOUSE WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | WAREHOUSE |
| 19. YEARS IN OCCUPATION | 10 |
| 20. DECEDENT'S RESIDENCE | 23025 MADISON STREET #3 |
| 21. CITY | TORRANCE |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90505 |
| 24. YEARS IN COUNTY | 26 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ROGER JOHN COLEMAN NIELSEN JR, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | 23025 MADISON STREET #3, TORRANCE, CA 90505 |
| 31. NAME OF PARENT—FIRST | ROGER |
| 32. MIDDLE | JOHN COLEMAN |
| 33. LAST (BIRTH NAME) | NIELSEN, JR |
| 34. BIRTH STATE | CA |
| 35. NAME OF PARENT—FIRST | BETTY |
| 36. MIDDLE | MAE |
| 37. LAST (BIRTH NAME) | AGWIAK |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 10/02/2025 |
| 40. PLACE OF FINAL DISPOSITION | GREEN HILLS MEMORIAL PARK, 27501 SOUTH WESTERN AVENUE, RANCHO PALOS VERDES, CA 90275 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/BURIAL |
| 42. SIGNATURE OF EMBALMER | BRITTANY E MUCHA |
| 43. LICENSE NUMBER | EMB9717 |
| 44. NAME OF FUNERAL ESTABLISHMENT | THE MORTUARY AT GREEN HILLS |
| 45. LICENSE NUMBER | FD1175 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE | 09/30/2025 |
| 101. PLACE OF DEATH | PROVIDENCE LITTLE COMPANY OF MARY MEDICAL CENTER SAN PEDRO |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 1300 W 7TH ST |
| 106. CITY | SAN PEDRO |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | DEFERRED |
| 108. DEATH REPORTED TO CORONER? | YES — 2025-14698 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Pending Investigation |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | EVONNE R-JACKSON |
| 127. DATE | 09/29/2025 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | EVONNE R-JACKSON, DEP CORONER |

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*004876924*

Muntu Davis, MD
Health Officer and Registrar

DATE ISSUED: OCT -3 2025

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE