1 **LAW OFFICES OF DALE K. GALIPO**
2 Dale K. Galipo, Esq. (SBN 144074)
  dalekgalipo@yahoo.com
3 Renee V. Masongsong, Esq. (SBN 281819)
  rvalentine@galipolaw.com
4 21800 Burbank Boulevard, Suite 310
  Woodland Hills, California 91367
5 Tel: (818) 347-3333
  Fax: (818) 347-4118

6
7 *Attorneys for Plaintiffs*,
  Roger Nielsen, Sr., et al.

8
9 **UNITED STATES DISTRICT COURT**
  **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive, <br><br>Defendants. | Case No. <br><br>*Assigned to*: <br>District Judge <br>Magistrate Judge <br><br>**DECLARATION OF ROGER NIELSEN, SR. AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED** <br><br>[Pursuant to C.C.P. § 377.32] |

### DECLARATION OF ROGER NIELSEN, SR. AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED

Pursuant to California Code of Civil Procedure § 377.32, I, Roger Nielsen, Sr. do hereby declare as follows:

1. My name is Roger Nielsen, Sr. I am a competent adult over the

---

DECLARATION OF ROGER NIELSEN, SR. AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED

1  age of eighteen and the biological father of Roger Nielsen, Jr.., deceased.

2      2.    I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

    3.    The decedent's name is Roger Nielsen, Jr. ("Decedent").

    4.    Decedent is my biological son.

    5.    Decedent passed away on September 16, 2025 in Los Angeles, California.

    6.    No proceeding is now pending in California for administration of Decedent's estate.

    7.    I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the biological father of Decedent.

    8.    No other person, with the exception of my co-plaintiffs, has a superior right to commence this action or proceeding.

    9.    A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Roger Nielsen, Sr., declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/22/2025, 2025 in Torrance, California.

_DocuSigned by:_
Roger Nielsen, Sr.
505F1F4DDA94462...

---

DECLARATION OF ROGER NIELSEN, SR. AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED