# EXHIBIT A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052025208655
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
**LOCAL REGISTRATION NUMBER:** 3202519045559

| Field | Value |
|---|---|
| 1. Name of Decedent—First (Given) | ROGER |
| 2. Middle | JOHN |
| 3. Last (Family) | NIELSEN, JR |
| 5. Date of Birth | 10/01/1990 |
| 6. Age | 34 |
| 8. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 09/16/2025 |
| 8. Hour (24 Hours) | 0648 |
| 13. Education | HS GRADUATE |
| 14/15. Hispanic/Latino | NO |
| 16. Race | NATIVE AMERICAN |
| 17. Usual Occupation | WAREHOUSE WORKER |
| 18. Kind of Business/Industry | WAREHOUSE |
| 19. Years in Occupation | 10 |
| 20. Decedent's Residence | 23025 MADISON STREET #3 |
| 21. City | TORRANCE |
| 22. County | LOS ANGELES |
| 23. Zip Code | 90505 |
| 24. Years in County | 26 |
| 25. State | CA |
| 26. Informant's Name, Relationship | ROGER JOHN COLEMAN NIELSEN JR, FATHER |
| 27. Informant's Mailing Address | 23025 MADISON STREET #3, TORRANCE, CA 90505 |
| 31. Name of Parent—First | ROGER |
| 32. Middle | JOHN COLEMAN |
| 33. Last (Birth Name) | NIELSEN, JR |
| 34. Birth State | CA |
| 35. Name of Parent—First | BETTY |
| 36. Middle | MAE |
| 37. Last (Birth Name) | AGWIAK |
| 38. Birth State | CA |
| 39. Disposition Date | 10/02/2025 |
| 40. Place of Final Disposition | GREEN HILLS MEMORIAL PARK, 27501 SOUTH WESTERN AVENUE, RANCHO PALOS VERDES, CA 90275 |
| 41. Type of Disposition(s) | CREMATE/BURIAL |
| 42. Signature of Embalmer | BRITTANY E MUCHA |
| 43. License Number | EMB9717 |
| 44. Name of Funeral Establishment | THE MORTUARY AT GREEN HILLS |
| 45. License Number | FD1175 |
| 46. Signature of Local Registrar | MUNTU DAVIS MD |
| 47. Date | 09/30/2025 |
| 101. Place of Death | PROVIDENCE LITTLE COMPANY OF MARY MEDICAL CENTER SAN PEDRO |
| 102. If Hospital, Specify One | ER/OP |
| 104. County | LOS ANGELES |
| 105. Facility Address | 1300 W 7TH ST |
| 106. City | SAN PEDRO |
| 107. Cause of Death — Immediate Cause (A) | DEFERRED |
| 108. Death Reported to Coroner? | YES |
| Referral Number | 2025-14698 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed? | NO |
| 113A. Decedent Pregnant in Last Year? | NO |
| 119. Manner of Death | Suicide |
| 126. Signature of Coroner / Deputy Coroner | EVONNE R-JACKSON |
| 127. Date | 09/29/2025 |
| 128. Type Name, Title of Coroner / Deputy Coroner | EVONNE R-JACKSON, DEP CORONER |

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*Muntu Davis, MD* — Health Officer and Registrar

**DATE ISSUED:** OCT -3 2025



*004876924*

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE