Docusign Envelope ID: C0AD0EFB-CE77-4C0B-B35B-F23040DD441D

|||
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo, Esq. (BSBN 144074) |
| 2 | dalekgalipo@yahoo.com<br>Renee V. Masongsong, Esq. (SBN 281819) |
| 3 | rvalentine@galipolaw.com<br>21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, California 91367<br>Tel:   (818) 347-3333 |
| 5 | Fax:  (818) 347-4118 |
| 6 | *Attorneys for Plaintiffs*,<br>Roger Nielsen, Sr., et al. |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>*Assigned to*:<br>District Judge<br>Magistrate Judge<br><br>**APPLICATION FOR APPOINTMENT OF STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.**<br><br>[Pursuant to Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[Consent of Nominee and [Proposed] Order filed concurrently herewith] |

### APPLICATION FOR APPOINTMENT OF STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.

1. R.B. N. and R.J.N. are minor plaintiffs in the above-referenced case.

2. R.B. N. is 12 years old, having been born in July, 2013.

3. R.J.N. is 11 years old, having been born in June, 2014.

---

1   4. Steffanie Haines is the natural mother of minor plaintiffs R.B. N. and
2 R.J.N.
3   5. Minor plaintiffs R.B. N. and R.J.N. have claims, as alleged in the
4 Complaint filed in the herein action, arising out of the violation of their rights and the
5 civil rights of their father, Decedent Roger Nielsen, Jr.
6   6. Steffanie Haines is a resident of _____Apple Valley_____,
7 _____San Bernardino_____, in the State of California.
8   7. Steffanie Haines is a responsible adult and fully competent to understand
9 and protect the rights of said minors. *See* Consent of Nominee to Appointment as
10 Guardian *ad Litem* for R.B. N. and R.J.N. filed concurrently herewith.
11   8. Steffanie Haines is not a plaintiff in this matter and has no interests
12 adverse to minor plaintiffs R.B.N. and R.J.N., therefore appointment of Steffanie
13 Haines as Guardian *ad Litem* for R.B.N. and R.J.N. will not cause a conflict of
14 interest.
15   Plaintiffs therefore respectfully request an order appointing Steffanie Haines as
16 guardian ad litem for minor plaintiffs R.B. N. and R.J.N.

DATED: 10/22/2025

*Signed by:* Steffanie Haines
A48EA8ED790D451...

Steffanie Haines, Proposed Guardian ad Litem for Minor Plaintiffs R.B.N. and R.J.N.

DATED: 12/30/25

LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs*,
Roger Nielsen, Sr., et al.

.APPLICATION FOR APPOINTMENT OF STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.