1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
3 rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, California 91367
Tel:   (818) 347-3333
5 Fax:   (818) 347-4118

6
*Attorneys for Plaintiffs*,
7 Roger Nielsen, Sr., et al.

8

**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| 12 ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>*Assigned to*:<br>District Judge<br>Magistrate Judge<br><br>**DECLARATION OF STEFFANIE HAINES ON BEHALF OF MINOR PLAINTIFFS R.B.N. AND R.J.N. AS SUCCESSORS-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED**<br><br>[Pursuant to C.C.P. § 377.32] |

### DECLARATION OF STEFFANIE HAINES ON BEHALF OF MINOR PLAINTIFFS R.B.N. AND R.J.N., SUCCESSORS-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED

Pursuant to California Code of Civil Procedure § 377.32, I, Steffanie Haines, do hereby declare as follows:

---

1. My name is Steffanie Haines. I am a competent adult over the age of eighteen and the biological mother of minor plaintiffs R.B.N. and R.J.N.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Roger Nielsen, Jr. ("Decedent").

4. Decedent is the biological father of minor plaintiffs R.B.N. and R.J.N.

5. Decedent passed away on September 16, 2025 in Los Angeles, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. Minor plaintiffs R.B.N. and R.J.N. are Decedent's successors in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to Decedent's interest in this action or proceeding as the biological children of Decedent.

8. No other person, with the exception of the co-plaintiffs, has a superior right to commence this action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Steffanie Haines, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10/22/2025__, 2025 in __Apple Valley__, California.

Signed by:
*Steffanie Haines*
A48EA8ED790D451...
Steffanie Haines

DECLARATION OF STEFFANIE HAINES ON BEHALF OF MINOR PLAINTIFFS R.B.N. AND R.J.N. AS SUCCESSORS-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED