**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*,
Roger Nielsen, Sr., et al.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. <br><br> *Assigned to*: <br> District Judge <br> Magistrate Judge <br><br> **CONSENT OF NOMINEE STEFFANIE HAINES TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.** <br><br> [Pursuant to Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373] <br><br> [Application for Appointment as Guardian *ad Litem* and [Proposed] Order filed concurrently herewith] |

1

## <u>CONSENT OF NOMINEE</u>

2      I, Steffanie Haines, the natural mother of minor plaintiffs R.B.N. and R.J.N.

3  in the above-referenced action, consent to act as guardian *ad litem* for R.B.N. and

4  R.J.N. in the above-referenced action.

5      I declare under penalty of perjury and under the laws of the United States of

6  America that the foregoing is true and correct.

7

8      Executed on _____10/22/2025_____, 2025 in _____Apple Valley_____, California.

9

10     _____

11             Steffanie Haines

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-