Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES and DOES 1-10, inclusive,<br><br>Defendants | Case No. 2:25-cv-12357-FMO-RAO<br><br>District Judge: Fernando M. Olguin<br>Magistrate Judge: Rozella A. Oliver<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant CITY OF LOS ANGELES (attached hereto as Exhibit "A").

DATED: January 21, 2026           LAW OFFICES OF DALE K. GALIPO

*s/ Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs*

-1-
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**