# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS: dalekgalipo@yahoo.com<br>ATTORNEY FOR *(Name)*: Plaintiffs: | |

UNITED STATES DISTRICT SERVICE — CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ROGER NIELSEN, SR., et al.
DEFENDANT/RESPONDENT: CITY OF LOS ANGELES

CASE NUMBER: 2:25-cv-12357-FMO (RAOx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2533934R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF LOS ANGELES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Mike V., Department Clerk, authorized person to accept service of process**
   Age: 50s | Weight: | Hair: brown | Sex: Male | Height: | Eyes: brown | Race: Latin

4. Address where the party was served: **200 North Spring Street, Suite 395**
   **Los Angeles, CA 90012**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/5/2026** (2) at *(time)*: **3:00 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2533934

| Plaintiff: ROGER NIELSEN, SR., et al. | CASE NUMBER: |
|---|---|
| Defendant: CITY OF LOS ANGELES | 2:25-cv-12357-FMO (RAOx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **CITY OF LOS ANGELES**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                           ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
  a. Name: **Mitch Morgan - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 135.96**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner   ☑ employee   ☐ independent contractor.
        (ii) Registration No.: **2023096633**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/7/2026**

**Mitch Morgan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) ▶ *(Signature - Per CC §1633.7)*

SHORT TITLE: ROGER NIELSEN, SR., et al. vs. CITY OF LOS ANGELES

Case 2:25-cv-12357-FMO-RAO    Document 13-1    Filed 01/21/26    Page 4 of 4    Page ID #:55

CASE NUMBER: 2:25-cv-12357-FMO (RAOx)

|     |                                                                                                                                                              |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   | ATTACHED LIST OF DOCUMENTS                                                                                                                                   |
| 2   | SUMMONS                                                                                                                                                      |
| 3   | COMPLAINT                                                                                                                                                    |
| 4   | CIVIL COVER SHEET                                                                                                                                            |
| 5   | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1.1)                                                                                            |
| 6,7 | DECLARATION OF BETH NIELSEN AND SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED                                                                        |
| 8   | DECLARATION OF ROGER NIELSEN, SR. AS SUCCESSOR-IN-INTEREST TO ROGER NIELSEN, JR. DECEASED                                                                    |
| 9   | APPLICATION FOR APPOINTMENT OF STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.                                                  |
| 10,11 | DECLARATION OF STEFFANIE HAINES ON BEHALF OF MINOR PLAINTIFFS R.B.N. AND R.J.N. AS SUCCESSORS-IN-INTEREST TO ROGER NIELSEN, JR., DECEASED                  |
| 12  | CONSENT OF NOMINEE STEFFANIE HAINES TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.                                               |
| 13  | NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES                                                                                                                 |
| 14  | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM                                                                                                              |
| 15,16 | NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)                                                              |
| 17  | NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                                                                              |
| 26  | (Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):                 |
| 27  | This page may be used with any Judicial Council form or any other paper filed with the court.                                                                |

Page 2

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attachment to Judicial Council Form or Other Court Paper

MC020/2533934