# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12357-FMO-RAO<br><br>*Assigned to*:<br>District Judge: Fernando M. Olguin<br>Magistrate Judge: Rozella A. Oliver<br><br>**[~~PROPOSED~~] ORDER APPOINTING STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.** |

## **ORDER APPOINTING GUARDIAN AD LITEM**

The Court, having considered the application of STEFFANIE HAINES for appointment as Guardian *Ad Litem* for R.B.N., and R.J.N., minors, who are plaintiffs in the above-referenced action, and good cause appearing, IT IS HEREBY ORDERED that STEFFANIE HAINES be appointed Guardian *Ad Litem* for R.B.N. and R.J.N. in the above-referenced action.

Dated: 1/22/2026

_____
Hon. Rozella A. Oliver
United States Magistrate Judge

.[PROPOSED] ORDER APPOINTING STEFFANIE HAINES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS R.B.N. AND R.J.N.