**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NEILSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem *Steffanie Haines*; in each case individually and as successors in interest to Roger Nielsen, Jr., decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-12357 FMO (RAOx)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate Rozella A. Oliver; Crtm 590 (Robal)*<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW Defendant CITY OF LOS ANGELES answering the Plaintiff's Complaint for Damages for themselves and for no other party admits, denies and alleges as follows:

## <u>JURISDICTION AND VENUE</u>

1.    Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2.    Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

## **INTRODUCTION**

3.      Answering paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4.      Answering paragraph 4, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5.      Answering paragraph 5, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6.      Answering paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7.      Answering paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8.      Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9.      Answering paragraph 9, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

10.      Answering paragraph 10, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

11.      Answering paragraph 11, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

12.      Answering paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13.    Answering paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14.    Answering paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15.    Answering paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16.    Answering paragraph 16, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

17.    Answering paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18.    Answering paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19.    Answering paragraph 19, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

20.    Answering paragraph 20, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21.    Answering paragraph 21, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

22.    Answering paragraph 22, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

23.     Answering paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24.     Answering paragraph 24, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25.     Answering paragraph 25, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

26.     Answering paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27.     Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28.     Answering paragraph 28, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29.     Answering paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **FIRST CLAIM FOR RELIEF**

### **Fourth Amendment – Detention and Arrest (42 U.S.C. § 1983)**

(By R.B.N. and R.J.N. against Defendants DOE OFFICERS)

30.     Answering paragraph 30, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

. . .

. . .

4

31.     Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32.     Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33.     Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34.     Answering paragraph 34, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

35.     Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36.     Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37.     Answering paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – Excess Force (42 U.S.C. § 1983)

(By R.B.N. and R.J.N. against Defendants DOE OFFICERS)

38.     Answering paragraph 38, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

. . .

. . .

39.     Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40.     Answering paragraph 40, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41.     Answering paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42.     Answering paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43.     Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

### Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

(By R.B.N. and R.J.N. against Defendants DOE OFFICERS)

44.     Answering paragraph 44, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

45.     Answering paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

46.     Answering paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

47.    Answering paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48.    Answering paragraph 48, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49.    Answering paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50.    Answering paragraph 50, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **FOURTH CLAIM FOR RELIEF**

### **Substantive Due Process (42 U.S.C. § 1983)**

(By all Plaintiffs against Defendants DOE OFFICERS)

51.    Answering paragraph 51, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

52.    Answering paragraph 52, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

53.    Answering paragraph 53, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

54.    Answering paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55.    Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56.     Answering paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57.     Answering paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58.     Answering paragraph 58, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability - Failure to Train (42 U.S.C. § 1983)

(By all Plaintiffs against Defendants CITY and DOE 10)

59.     Answering paragraph 59, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

60.     Answering paragraph 60, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

61.     Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62.     Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63.     Answering paragraph 63, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64.     Answering paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65.     Answering paragraph 65, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66.     Answering paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

67.     Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(By all Plaintiffs against Defendants CITY and DOE 10)

68.     Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

69.     Answering paragraph 69, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

70.     Answering paragraph 70, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

71.     Answering paragraph 71, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

72.     Answering paragraph 72, and sub-paragraphs (a)-(i), Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73.     Answering paragraph 73, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

. . .

74.     Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75.     Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SEVENTH CLAIM FOR RELIEF

**False Arrest/False Imprisonment (wrongful death and survival)**

(By all Plaintiffs against Defendants CITY and DOE OFFICERS)

76.     Answering paragraph 76, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

77.     Answering paragraph 77, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

78.     Answering paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79.     Answering paragraph 79, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80.     Answering paragraph 80, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

81.     Answering paragraph 81, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

82.     Answering paragraph 82, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83.     Answering paragraph 83, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## **EIGHTH CLAIM FOR RELIEF**

### **Battery (wrongful death and survival)**

(By all Plaintiffs against Defendants CITY and DOE OFFICERS)

84.     Answering paragraph 84, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

85.     Answering paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86.     Answering paragraph 86, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87.     Answering paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88.     Answering paragraph 88, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

89.     Answering paragraph 89, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

90.     Answering paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91.     Answering paragraph 91, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

. . .

. . .

## **EIGHTH CLAIM FOR RELIEF**

### **Negligence (wrongful death and survival)**

(By all Plaintiffs against All Defendants)

92.    Answering paragraph 92, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

93.    Answering paragraph 93, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

94.    Answering paragraph 94, and sub-paragraphs (a)-(f), Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

95.    Answering paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

96.    Answering paragraph 96, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

97.    Answering paragraph 97, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

98.    Answering paragraph 98, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## **TENTH CLAIM FOR RELIEF**

### **(Violation of Cal Civil Code §52.1**

(By all Plaintiffs against Defendants CITY and DOE OFFICERS)

99.    Answering paragraph 99, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

100.    Answering paragraph 100, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

101.    Answering paragraph 101, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102.    Answering paragraph 102, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103.     Answering paragraph 103, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

104. Answering paragraph 104, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

105.    Answering paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

106.    Answering paragraph 106, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

107.    Answering Prayer for Relief, paragraph B, Defendant objects.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

### FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff Decedent or others. Any injury or damage suffered was due to or caused solely by reason of Plaintiff Decedent or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

### FIFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendant is entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### EIGHTHTH AFFIRMATIVE DEFENSE

Defendant's action is privileged pursuant to Civil Code, Section 47.

### NINTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others. The

force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense/officer safety.

## TENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRTEENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## FIFTENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

## SIXTEENTH AFFIRMATIVE DEFENSE

Unavoidable Detriment:  To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Apportionment of Fault:  If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against

any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff Decedent or others and causative fault, whether sued herein or not.

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit; and
4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 26, 2026       HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              KATHLEEN KENEALY, Chief Assistant City Attorney

                        By:  /s/ *Christian R. Bojorquez*
                              CHRISTIAN R. BOJORQUEZ, Deputy City Atty
                              *Attorneys for Defendant* CITY OF LOS ANGELES

16