LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CITY OF LOS ANGELES and DOES 1-10, inclusive<br><br>                    Defendants. | CASE NO. 2:25-cv-12357-FMO-RAOx<br><br>**NOTICE TO WITHDRAW [ECF 18] FROM THE DOCKET** |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

      Plaintiffs inadvertently filed the incorrect document on the court docket, ECF 18, and respectfully requests the Court withdraw ECF 18 from the docket.

Respectfully Submitted,
DATED: February 19, 2026        **The Law Offices of Dale K. Galipo**

                              By: /s/ *Dale K. Galipo*
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    Attorneys for Plaintiffs