**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES and DOES 1-10, <br><br> Defendants. | Case No. 2:25-cv-12357-FMO-RAO <br><br> Assigned to: <br> Hon. District Judge Fernando M. Olguin <br> Hon. Magistrate Judge Rozella A. Oliver <br><br> **JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs Roger Nielsen, Sr., Beth Nielsen, and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines, individually and as successors-in-interest to Roger Nielsen, Jr. ("Plaintiffs"), and Defendant City of Los Angeles ("CITY"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on December 30, 2025. Defendant CITY

1

answered the Complaint on January 26, 2026.

2. At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the name of the Los Angeles Police Department officers involved in the incident giving rise to this lawsuit. Subsequently, through Defendant CITY's document production, Plaintiffs discovered that Nathaniel Murad, Logan Dunlop, Jose Pineda, Christian Castro Carrera, Esteban Colunga, Officer Sandoval, Alejandro Garcia, Ernest Gwinn, and Carlos Mendoza are the Los Angeles Police Department employees who were involved in the incident giving rise to this lawsuit.

3. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Nathaniel Murad, Logan Dunlop, Jose Pineda, Christian Castro Carrera, Esteban Colunga, Officer Sandoval, Alejandro Garcia, Ernest Gwinn, and Carlos Mendoza as individual defendants.

4. A copy of Plaintiffs' proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A."

5. A copy of Plaintiffs' proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

6. Plaintiffs shall have 7 days to file the First Amended Complaint after the Court grants leave to do so. Defendant City of Los Angeles shall have 14 days thereafter to file a responsive pleading.

7. All newly named Defendants will need to be appropriately served pursuant to Code as the City does not have the authority to accept service.

///

///

///

///

JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS

8. All responsive pleadings will be due pursuant to Code after filing of the First Amended Complaint and service upon appropriate parties.

IT IS SO STIPULATED

//

DATED: June 15, 2026

LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs


DATED: June 15, 2026

LOS ANGELES CITY ATTORNEY'S OFFICE

By: ___/s/ Rebecca E. Hunter_____
Rebecca E. Hunter
Attorneys for Defendant


Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Renee V. Masongsong, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

/s/ Renee V. Masongsong
_____

JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS