# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-12357-FMO-RAO<br><br>**ORDER GRANTING STIPULATION [25] PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation to Allow Plaintiffs to Amend the Complaint to Name Individual Officers in Place of DOE Defendants, and finding good cause therein, it is hereby ordered as follows:

1. Plaintiffs may file their First Amended Complaint for the purpose of naming individual officers in place of DOE defendants, consistent with

1

ORDER

Plaintiffs' Exhibits "A" and "B" to the Parties' Stipulation.

2. Plaintiffs shall have 7 days from the date of this Order to file their First Amended Complaint.

3. Defendant City of Los Angeles shall have 14 days from the date of service to file their responsive pleadings to Plaintiffs' First Amended Complaint.

4. All newly named Defendants will need to be appropriately served pursuant to Code as the City does not have the authority to accept service, and all responsive pleadings will be due pursuant to Code after filing of the First Amended Complaint and service upon appropriate parties.

IT IS SO ORDERED.

DATED:   June 16, 2026                                    /s/
                                              Honorable Fernando M. Olguin
                                              United States District Judge

2

ORDER