NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Nielsen, Sr., et al.<br><br>Plaintiff(s),<br>v.<br><br>City of Los Angeles, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-12357-FMO-RAO<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiffs _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Roger Nielsen, Sr., Beth Nielsen, R.B.N., and R.J.N. | Plaintiffs |
| City of Los Angeles, Nathaniel Murad, Logan Dunlop, Christian Castro Carrera, Esteban Colunga, Jose Pineda, Officer Sandoval, Alejandro Garcia, Ernest Gwinn, Carlos Mendoza, and Doe 10, inclusive | Defendants |

June 16, 2026
_____
Date

*/s/ Renee V. Masongsong*
_____
Signature


Attorney of record for (or name of party appearing in pro per):

Plaintiffs
_____

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**