**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian *ad litem* Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | CASE NO. 2:25-cv-12357-FMO-RAO<br>Hon. District Judge Fernando M. Olguin<br>Hon. Magistrate Judge Rozella A. Oliver<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS** |

1

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the First Amended Complaint, Summons, and other documents on Defendants ALEJANDRO GARCIA (attached as Exhibit "A"), CARLOS MENDOZA (attached as Exhibit "B"), CHRISTIAN CASTRO CARRERA (attached as Exhibit "C"), ERNEST GWINN (attached as Exhibit "D"), ESTEBAN COLUNGA (attached as Exhibit "E"), JOSE PINEDA (attached as Exhibit "F"), LOGAN DUNLOP (attached as Exhibit "G"), NATHANIEL MURAD (attached as Exhibit "H"), and OFFICER SANDOVAL (attached as Exhibit "I")

DATED: July 6, 2026            **LAW OFFICES OF DALE K. GALIPO**


By:   /s/    *Renee V. Masongsong*
_____
Renee V. Masongsong
*Attorneys for Plaintiffs*

PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS