# EXHIBIT F

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.  \| E-MAIL ADDRESS dalekgalipo@yahoo.com<br>ATTORNEY FOR *(Name):* | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: ROGER NIELSEN, SR.; et al.<br>DEFENDANT/RESPONDENT: CITY OF LOS ANGELES; et al. | CASE NUMBER:<br>2:25-cv-12357-FMO-RAO |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2603178M |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐  Summons

   b. ☐  Complaint

   c. ☐  Alternative Dispute Resolution (ADR) package

   d. ☐  Civil Case Cover Sheet

   e. ☐  Cross-Complaint

   f. ☑  other *(specify documents):*  **SUMMONS IN A CIVIL ACTION re FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; SCHEDULING AND CASE MANAGEMENT ORDER RE: JURY TRIAL; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE OF ELECTRONIC FILING**

3. a.  Party served *(specify name of party as shown on documents served):*

   **JOSE PINEDA**

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **"John" Garcia, #42063, authorized person to accept service of process on behalf of JOSE PINEDA**

   **Age: 37 yrs | Weight: 210 lbs | Hair: Black | Sex: Male | Height: 5'9" | Eyes: Brown | Race: Hispanic**

4. Address where the party was served:  **Harbor Community Police Station**
   **2175 John South Gibson Boulevard**
   **San Pedro, CA 90731**

5. I served the party *(check proper box)*

   a. ☑  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **6/23/2026**   (2) at *(time):* **11:52 AM**

   b. ☐  **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*                                **or** ☐  a declaration of mailing is attached.

   (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2603178** |
|---|---|---|

| Plaintiff: **ROGER NIELSEN, SR.; et al.** | CASE NUMBER: |
|---|---|
| Defendant: **CITY OF LOS ANGELES; et al.** | **2:25-cv-12357-FMO-RAO** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                              *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **JOSE PINEDA**

   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(e)(2)(A)** |

7. **Person who served papers**

   a. Name: **Bobbie A. Ascate - Ace Attorney Service, Inc.**

   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

   c. Telephone number: **(213) 623-3979**

   d. **The fee** for service was: **$ 71.00**

   e. I am:

      (1) ☐ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☑ registered California process server:

         (i) ☐ owner    ☑ employee    ☐ independent contractor.

         (ii) Registration No.: **2024083109**

         (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **6/30/2026**

| | |
|---|---|
| **Bobbie A. Ascate** | ▶ |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |