**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**REBECCA E. HUNTER**, Deputy City Attorney (SBN 271420)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-6900  |  Fax: (213) 978-8785
Email: rebecca.hunter@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NEILSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, NATHANIEL MURAD; LOGAN DUNLOP; CHRISTIAN CASTRO CARRERA; ESEBAN COLUNGA; JOSE PINEDA; OFFICER SANDOVAL; ALEJANDRO GARCIA; ERNEST GWINN; CARLOS MENDOZA, and DOE 10, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-12357 FMO (RAOx)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate Rozella A. Oliver; Crtm 590 (Robal)*<br><br>**DEFENDANTS, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW Defendants, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL'S answering the Plaintiffs' First Amended Complaint for Damages for themselves and for no other party admit, deny and allege as follows:

1

**JURISDICTION AND VENUE**

1.    Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2.    Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

**INTRODUCTION**

3.    Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4.    Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.    Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6.    Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.    Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8.    Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9.    Answering paragraph 9, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent

of admitting that the City of Los Angeles is a municipal corporation in the State of California.

10. Answering paragraph 10, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Nathaniel Murad was an employee of the Los Angeles Police Department.

11. Answering paragraph 11, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Logan Dunlop was an employee of the Los Angeles Police Department.

12. Answering paragraph 12, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Christian Castro Carrera was an employee of the Los Angeles Police Department.

13. Answering paragraph 13, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Esteban Colunga was an employee of the Los Angeles Police Department.

14. Answering paragraph 14, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Jose Pineda was an employee of the Los Angeles Police Department.

15. Answering paragraph 15, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Sandoval was an employee of the Los Angeles Police Department.

16. Answering paragraph 16, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Alejandro Garcia was an employee of the Los Angeles Police Department.

17. Answering paragraph 17, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Ernest Gwinn was an employee of the Los Angeles Police Department.

18. Answering paragraph 18, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations except to the extent of admitting that at the relevant time(s) alleged in the Complaint, Officer Carlos Mendoza was an employee of the Los Angeles Police Department.

19.    Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.    Answering paragraph 20, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

21.    Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22.    Answering this paragraph 22, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

23.    Answering this paragraph 23, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

24.    Answering this paragraph 24, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

25.    Answering this paragraph 25, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

26.    Answering this paragraph 26, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

27.     Answering this paragraph 27, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

28.     Answering this paragraph 28, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

29.     Answering this paragraph 29, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

30.     Answering this paragraph 30, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

31.     Answering paragraph 31, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

32.     Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33.     Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34.     Answering paragraph 34, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering paragraph 39, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Detention and Arrest (42 U.S.C. § 1983)

(By R.B.N. and R.J.N. against OFFICER DEFENDANTS)

40. Answering paragraph 40, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

41. Answering paragraph 41, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

43. Answering paragraph 43, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

45. Answering paragraph 45, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – Excess Force (42 U.S.C. § 1983)

(By R.B.N. and R.J.N. against Defendants OFFICER DEFENDANTS)

48. Answering paragraph 48, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

49.    Answering paragraph 49, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

50.    Answering paragraph 50, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

51.    Answering paragraph 51, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

52.    Answering paragraph 52, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

53.    Answering paragraph 53, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

**THIRD CLAIM FOR RELIEF**

**Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(By R.B.N. and R.J.N. against Defendants OFFICER DEFENDANTS)

54.    Answering paragraph 54, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

55.    Answering paragraph 55, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

56. Answering paragraph 56, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

57. Answering paragraph 57, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

58. Answering paragraph 58, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

59. Answering paragraph 59, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

60. Answering paragraph 60, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

**FOURTH CLAIM FOR RELIEF**

**Substantive Due Process (42 U.S.C. § 1983)**

(By all Plaintiffs against Defendants OFFICER DEFENDANTS)

61. Answering paragraph 61, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

62. Answering paragraph 62, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

63. Answering paragraph 63, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

64. Answering paragraph 64, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

65. Answering paragraph 65, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

66. Answering paragraph 66, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

67. Answering paragraph 67, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

68. Answering paragraph 68, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## FIFTH CLAIM FOR RELIEF

**Municipal Liability - Failure to Train (42 U.S.C. § 1983)**

(By all Plaintiffs against Defendants CITY and DOE 10)

69.    Answering paragraph 69, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

70.    Answering paragraph 70, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

71.    Answering paragraph 71, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

72.    Answering paragraph 72, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

73.    Answering paragraph 73, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

74.    Answering paragraph 74, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

75.    Answering paragraph 75, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

76.    Answering paragraph 76, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

77.    Answering paragraph 77, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

### SIXTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(By all Plaintiffs against Defendants CITY and DOE 10)

78.    Answering paragraph 78, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

79.    Answering paragraph 79, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

80.    Answering paragraph 80, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

81.    Answering paragraph 81, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

13

82. Answering paragraph 82, and sub-paragraphs (a)-(i), to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

83. Answering paragraph 83, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

84. Answering paragraph 84, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

85. Answering paragraph 85, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## SEVENTH CLAIM FOR RELIEF

### False Arrest/False Imprisonment (wrongful death and survival)

(By all Plaintiffs against Defendants CITY and OFFICER DEFENDANTS)

86. Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

87. Answering paragraph 87, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

88.     Answering paragraph 88, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

89.     Answering paragraph 89, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

90.     Answering paragraph 90, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

91.     Answering paragraph 91, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

92.     Answering paragraph 92, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

93.     Answering paragraph 93, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

///

///

## EIGHTH CLAIM FOR RELIEF

### Battery (wrongful death and survival)

(By all Plaintiffs against Defendants CITY and OFFICER DEFENDANTS)

94. Answering paragraph 94, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

95. Answering paragraph 95, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

96. Answering paragraph 96, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

97. Answering paragraph 97, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

98. Answering paragraph 98, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

99. Answering paragraph 99, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

100. Answering paragraph 100, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

16

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

111.   Answering paragraph 111, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## EIGHTH CLAIM FOR RELIEF

### Negligence (wrongful death and survival)

(By all Plaintiffs against All Defendants)

102.   Answering paragraph 102, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

103.   Answering paragraph 103, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

104.   Answering paragraph 104, and sub-paragraphs (a)-(f), to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

105.   Answering paragraph 105, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

106.   Answering paragraph 106, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

107.   Answering paragraph 107, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

108.   Answering paragraph 108, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## TENTH CLAIM FOR RELIEF

### (Violation of Cal Civil Code §52.1

(By all Plaintiffs against Defendants CITY and OFFICER DEFENDANTS)

109.   Answering paragraph 109, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

110.   Answering paragraph 110, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

111.   Answering paragraph 111, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

112.   Answering paragraph 112, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

113.   Answering paragraph 113, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the

Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

114. Answering paragraph 114, to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

105. Answering paragraph 105 (misnumbered and should be paragraph 115), to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

106. Answering paragraph 106 (misnumbered and should be paragraph 116), to the extent the information contained therein seeks a legal determination/conclusion a response is not required; as to the remainder, the Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

///

19

## THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

## FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff Decedent or others.  Any injury or damage suffered was due to or caused solely by reason of Plaintiff Decedent or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendants.

## FIFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendants are entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed.  They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them.  Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

## SIXTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## EIGHTHTH AFFIRMATIVE DEFENSE

Defendants' action is privileged pursuant to Civil Code, Section 47.

## NINTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.  The

force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense/officer safety.

## TENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## ELEVENTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## TWELFH AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiffs are bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiffs may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiffs failed to mitigate their damages, if any there were.

## FOURTEENTH AFFIRMATIVE DEFENSE

Unavoidable Detriment: To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

## FIFTENTH AFFIRMATIVE DEFENSE

Defendants' actions were necessitated by exigent circumstances and Defendants' actions are privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

Apportionment of Fault: If it is found that any Defendants is legally responsible for the damages, if any, which Defendants specifically deny, then such damages were

proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendants be reduced by that percentage of fault to be found to exist of Plaintiff Decedent or others and causative fault, whether sued herein or not.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant presently have insufficient knowledge or information upon which to form a belief as to whether Defendant may have additional affirmative defenses to Plaintiff's Complaint. Defendant reserves the right to assert additional defenses in the event that discovery indicates that such affirmative defenses are appropriate.

## PRAYER

**WHEREFORE**, Defendants pray for judgment as follows:

1.    That Plaintiffs take nothing by this action;

2.    That the action be dismissed;

3.    That Defendants be awarded costs of suit; and

4.    That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

///
///
///
///
///
///
///
///
///
///

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

Dated:  July 14, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney

By:_____/s/ _Rebecca E. Hunter_____

**REBECCA E. HUNTER**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL