**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**REBECCA E. HUNTER**, Deputy City Attorney (SBN 271420)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-6900   |   Fax: (213) 978-8785
Email: rebecca.hunter@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NEILSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, NATHANIEL MURAD; LOGAN DUNLOP; CHRISTIAN CASTRO CARRERA; ESEBAN COLUNGA; JOSE PINEDA; OFFICER SANDOVAL; ALEJANDRO GARCIA; ERNEST GWINN; CARLOS MENDOZA, and DOE 10, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-12357 FMO (RAOx)**<br>*Honorable Fernando L. Aenlle-Rocha; Ctrm 6B*<br>*Magistrate Rozella A. Oliver; Crtm 590 (Robal)*<br><br>**DEFENDANTS, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL'S CERTIFICATION AS TO INTERESETD PARTIES** |

**TO THE HONORABLE COURT:**

The undersigned, counsel of record for Defendants, CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA,

1

AND OFFICER SANDOVAL certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. ROGER NEILSEN, SR. – Plaintiff;

2. BETH NIELSEN – Plaintiff;

3. R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr. – Plaintiff;

4. CHRISTIAN CASTRO CARRERA – Defendant;

5. ESTEBAN COLUNGA – Defendant;

6. LOGAN DUNLOP – Defendant;

7. ALEJANDRO GARCIA – Defendant;

8. ERNEST GWINN – Defendant;

9. CARLOS MENDOZA – Defendant;

10. NATHANIEL MURAD – Defendant;

11. JOSE PINEDA – Defendant; and

12. OFFICER SANDOVAL.

Dated:  July 14, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney

By: _____ /s/ *Rebecca E. Hunter* _____

**REBECCA E. HUNTER**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES CHRISTIAN CASTRO CARRERA, ESTEBAN COLUNGA, LOGAN DUNLOP, ALEJANDRO GARCIA, ERNEST GWINN, CARLOS MENDOZA, NATHANIEL MURAD, JOSE PINEDA, AND OFFICER SANDOVAL