**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, NATHANIEL MURAD; LOGAN DUNLOP; CHRISTIAN CASTRO CARRERA; ESTEBAN COLUNGA; JOSE PINEDA; OFFICER SANDOVAL; ALEJANDRO GARCIA; ERNEST GWINN; CARLOS MENDOZA, and DOE 10, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-12357-FMO-RAO<br><br>Assigned to:<br>Hon. District Judge Fernando M. Olguin<br>Hon. Magistrate Judge Rozella A. Oliver<br><br>**JOINT STIPULATION TO CONTINUE LAST DAY TO CONDUCT MEDIATION** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs Roger Nielsen, Sr., Beth Nielsen, and R.B.N. and R.J.N., minors, by and through their guardian ad litem

1

JOINT STIPULATION TO CONTINUE LAST DAY TO CONDUCT MEDIATION

Steffanie Haines, individually and as successors-in-interest to Roger Nielsen, Jr. ("Plaintiffs"), and Defendants City of Los Angeles, Nathaniel Murad, Logan Dunlop, Christian Castro Carrera, Esteban Colunga, Jose Pineda, Officer Sandoval, Alejandro Garcia, Ernest Gwinn, and Carlos Mendoza, by and through their respective attorneys of record ("the Parties"), as follows:

WHEREAS, the last day to conduct mediation in this case as ordered by this Court is currently August 20, 2026;

WHEREAS, the Parties have agreed to use mediator Richard Copeland in this case;

WHEREAS, the earliest mutually available date for the Parties and the mediator Mr. Copeland is November 19, 2026;

Therefore, the Parties jointly request that this Court continue the last day to conduct a mediation in this case to November 19, 2026.

**IT IS SO STIPULATED.**

Dated: August 12, 2026                LAW OFFICES OF DALE K. GALIPO


By: /s/   *Renee V. Masongsong*
     Dale K. Galipo
     Renee V. Masongsong
     Attorneys for Plaintiffs


Dated: August 11, 2026                HYDEE FELDSTEIN SOTO, City Attorney


By:   /s/ *Rebecca E. Hunter*
     Christian Bojorquez, DCA
     Rebecca E. Hunter, DCA
     *Attorney for Defendants* CITY OF LOS ANGELES, et al.

JOINT STIPULATION TO CONTINUE LAST DAY TO CONDUCT MEDIATION