# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, NATHANIEL MURAD; LOGAN DUNLOP; CHRISTIAN CASTRO CARRERA; ESTEBAN COLUNGA; JOSE PINEDA; OFFICER SANDOVAL; ALEJANDRO GARCIA; ERNEST GWINN; CARLOS MENDOZA, and DOE 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12357-FMO-RAO<br><br>Assigned to:<br>Hon. District Judge Fernando M. Olguin<br>Hon. Magistrate Judge Rozella A. Oliver<br><br>**[PROPOSED] ORDER RE LAST DAY TO CONDUCT MEDIATION** |

[PROPOSED] ORDER RE LAST DAY TO CONDUCT MEDIATION

# [PROPOSED] ORDER

The Court having read and considered the parties' Joint Stipulation to Continue Last Day to Conduct Mediation, and good cause having been shown therefore, the Court hereby ORDERS that the last day to conduct mediation in this case is continued to November 19, 2026.


**IT IS SO ORDERED.**


Dated: _____                    _____

                                              Hon. Fernando M. Olguin
                                              United States District Judge

[PROPOSED] ORDER RE LAST DAY TO CONDUCT MEDIATION