# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER NIELSEN, SR.; BETH NIELSEN; and R.B.N. and R.J.N., minors, by and through their guardian ad litem Steffanie Haines; in each case individually and as successors in interest to Roger Nielsen, Jr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, NATHANIEL MURAD; LOGAN DUNLOP; CHRISTIAN CASTRO CARRERA; ESTEBAN COLUNGA; JOSE PINEDA; OFFICER SANDOVAL; ALEJANDRO GARCIA; ERNEST GWINN; CARLOS MENDOZA, and DOE 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12357-FMO-RAO<br><br>Assigned to:<br>Hon. District Judge Fernando M. Olguin<br>Hon. Magistrate Judge Rozella A. Oliver<br><br>**ORDER ON STIPULATION [35] RE LAST DAY TO CONDUCT MEDIATION** |

1

ORDER ON STIPULATION [35] RE LAST DAY TO CONDUCT MEDIATION

**<u>ORDER</u>**

The Court having read and considered the parties' Joint Stipulation to Continue Last Day to Conduct Mediation, and good cause having been shown therefore, the Court hereby ORDERS that the last day to conduct mediation in this case is continued to November 19, 2026.

**IT IS SO ORDERED.**


Dated:  August 13, 2026                    _____/s/_____
                                           Hon. Fernando M. Olguin
                                           United States District Judge

ORDER ON STIPULATION [35] RE LAST DAY TO CONDUCT MEDIATION